UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VIVIAN OH, Individually and on behalf of all others similarly situated, | ) ) ) | Case No. CV 07-04891 DDP (AJWx) |
| | ) ) | **ORDER GRANTING MOTION TO CONSOLIDATE RELATED CASES,** |
| Plaintiff, | ) ) | **APPOINT LEAD PLAINTIFFS, AND APPROVE LEAD PLAINTIFFS'** |
| v. | ) | **SELECTION OF COUNSEL** |
| | ) | |
| MAX CHAN, | ) | [Motion filed on October 3, 2007] |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the Court on Plaintiffs' motion to consolidate related cases, appoint lead plaintiffs, and approve lead plaintiffs' selection of counsel. After reviewing the papers submitted by the parties and considering that Defendants take no position with respect to Plaintiffs' motion, the Court is prepared to rule on the motion without oral argument. The Court grants Plaintiffs' motion. The Court orders Plaintiffs to file a first amended complaint in Oh v. Chan, CV 07-4891 DDP (AJWx), naming the Himax Investor Group and each of its members to serve as Lead Plaintiffs in the action, and naming other relevant parties. The Rosen Law Firm P.A. and Glancy Binkow & Goldberg LLP will serve

as co-lead counsel for the action.

Plaintiffs shall file their first amended complaint no later than February 25, 2008.  The Court will dismiss Pfeiffer v. Himax Technologies, Inc., CV 07-05468 DDP (AGRx) with prejudice ten days after filing of the first amended complaint.

IT IS SO ORDERED.

Dated: February 4, 2008

_____
DEAN D. PREGERSON
United States District Judge

2